Fill in this information to identify the case:

Debtor 1  CARLOS RAFAEL MORALES VILLAFANE

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the  District of PUERTO RICO

Case number 18-05886-ESL13

Official Form 410S1
# Notice of Mortgage Payment Change
12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** BAXTER CREDIT UNION

**Last 4 digits** of any number you use to identify the debtor's account: 4187

**Court claim no.** (if known): 7-2

**Date of payment change:** 5/1/2022
Must be at least 21 days after date of this notice

**New total payment:** $476.10
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No.
   ■ Yes.  Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
   _____
   _____

   Current escrow payment: $74.88    New escrow payment: $75.12

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ■ No
   ☐ Yes.  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
   _____
   _____

   Current interest rate: _____    New interest rate: _____

   Current principal and interest payment: _____   New principal and interest payment: _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ■ No
   ☐ Yes  Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: _____    New mortgage payment: _____

Debtor 1 <u>CARLOS RAFAEL MORALES VILLAFANE</u>
     Print Name   Middle Name   Last Name

Case number *(if known)* <u>18-05886-ESL13</u>

| Part 4: | Sign Here |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*
- ☐ I am the creditor
- ■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Francisco Cardona
Signature

Date: March 15, 2022

Print: /s/ Francisco Cardona
    First Name   Middle Name   Last Name

Title: Authorized Agent for Creditor

Company: Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address: 6409 Congress Avenue, Suite 100
    Number   Street

Boca Raton FL 33487
City   State   ZIP Code

Contact Phone: 470-321-7112

Email: fcardona@raslg.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___March 21, 2022___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

CARLOS RAFAEL MORALES VILLAFANE
HC 07 BOX 765508
SAN SEBASTIAN, PR 00685

And via electronic mail to:

PETER ANTHONY SANTIAGO GONZALEZ
PO BOX 1414
SABANA GRANDE, PR 00637

JOSE RAMON CARRION MORALES
PO BOX 9023884
SAN JUAN, PR 00902-3884

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

By: /s/Natalie Kirchner
Natalie Kirchner
Email: nkirchner@raslg.com



PO Box 77404
Ewing, NJ 08628

CARLOS R MORALES VILLAFANE
HC 7 BOX 765508
SAN SEBASTIAN PR 00685-7257

## Escrow Summary

| | |
|---|---|
| Statement Date | 02/08/22 |
| Loan Number | |
| New Mortgage Payment Amount | $476.10 |
| New Payment Effective Date | 05/01/22 |

🌐 BCU.org

Each year, we perform an escrow analysis to ensure that there are enough funds in your escrow account to pay your taxes and insurance premiums. If there are not enough funds in your account to pay the projected taxes and/or insurance premium, your account is considered to have a shortage. Your escrow account has a shortage in the amount of **$1.11**.

For more information about why your taxes or insurance premium adjusted, please contact your taxing authority or your insurance company.

Below is a summary of your recent escrow activity. Please make sure to review the enclosed escrow account disclosure statement for the full details.

## Annual Escrow Review

| Escrow Item | Expected to Pay | Change | NOW Expect to Pay |
|---|---|---|---|
| Insurance | $334.00 | + | $336.00 |
| Taxes | $2.00 | | $2.00 |
| Mortgage Insurance | $562.32 | | $562.32 |

## Monthly Payment Comparison

| Payment Itemization | Current | New |
|---|---|---|
| Principal and Interest | $400.98 | $400.98 |
| Escrow Deposit | $74.88 | $75.03 |
| Escrow Shortage | | $0.09 |
| **Total Payment** | **$475.86** | **$476.10** |

### What are your options?

 **Take No Action and Pay Over Time**
Your shortage will automatically be divided evenly over your next **12** mortgage payments. Your new monthly mortgage payment will be **$476.10**, beginning with your payment which is due on **05/01/22**.

or

 **Pay the Shortage in Full**
You can choose to pay your full shortage amount and your mortgage payment will become **$476.01**.

If you would like to pay the shortage now:

 **PAY ONLINE** at BCU.org

Go to **"Payment"**

Select **"Make an Additional Payment"**

Enter **$1.11** on the **"Additional Escrow"** line to make your escrow payment

 or by **MAILING** the coupon below

 **NOTE**
Online bill pay customers, please remember to update your monthly payment with your provider.
If you have elected to have us deduct your monthly payment from your bank account, we will update the payment amount for you.

Visit BCU.org to view all of your escrow disbursements, account details and make payments. Prefer to receive this statement electronically? **Sign up for paperless.** Want to make your payments worry free? **Enroll in AutoPay.**

Carlos R Morales Villafane
Hc 7 Box 765508
San Sebastian PR 00685-7257

Loan Number:
Shortage Amount: $1.11

If you choose to pay your escrow shortage of $1.11 in full, your new loan payment amount will be $476.01. Please include your loan number on your check and make it payable to "Baxter Credit Union " and send to:



PAYMENT PROCESSING CENTER
PO BOX 11733
NEWARK, NJ 07101-4733



PO Box 77404
Ewing, NJ 08628



CARLOS R MORALES VILLAFANE
HC 7 BOX 765508
SAN SEBASTIAN PR 00685-7257

02/08/22
LOAN NO:
BCU.org
Member Service 866-913-2956

> **Please see the enclosed insert "Understanding Your Escrow Account Disclosure Statement". This handy guide is intended to help you understand your statement and answer some commonly asked questions about your escrow analysis.**

## ANNUAL ESCROW ACCOUNT DISCLOSURE STATEMENT

As you know, we are required to maintain an escrow account which is used to pay your real estate taxes and/or insurance premiums. This account must be analyzed annually to determine whether enough funds are being collected monthly, and whether the account has a shortage or surplus based on the anticipated activity.

### PRESENT LOAN PAYMENT

Your present payment, 08/01/21 consists of: Principal & Interest (P & I)  $400.98
Escrow Deposit  $74.88

**Total Loan Payment**  $475.86

### ANTICIPATED ANNUAL DISBURSEMENTS

These are the escrow items we anticipate we will collect for or pay on your behalf in the upcoming 12 month period. The dollar amount shown may be the last amount actually paid for that item, or may project the next amount due as defined by Federal law. Based on these anticipated disbursements, the amount of your escrow deposit is calculated and displayed here.

Bills due in the upcoming year:
Mortgage Ins  $562.32
County Tax  $2.00
Hazard Ins  $336.00

**Annual Disbursements:**  $900.32    One-Twelfth/Monthly Amount:  $75.03

### ANNUAL PMI DISCLOSURE

**Private Mortgage Insurance:** Your mortgage loan requires private mortgage insurance ("PMI"). PMI protects lenders and others against financial loss when borrowers default. Charges for the insurance are added to your loan payments. Under certain circumstances, federal law gives you the right to cancel PMI or requires that PMI automatically terminate. Cancellation or termination of PMI does *not* affect any obligation you may have to maintain other types of insurance.

**Borrower Requested Cancellation of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed **on or after** July 29, 1999 as a single-family primary residence, you have the right to request that PMI be cancelled on or after either of these dates: (1) the date the principal balance of your loan is first *scheduled* to reach 80% of the original value of the property or (2) the date the principal balance *actually* reaches 80% of the original value of the property. PMI will only be cancelled on these dates if (1) you submit a written request for cancellation; (2) you have a good payment history; and (3) we receive, if requested and at your expense, evidence that the value of the property has not declined below its original value and certification that there are no subordinate liens on the property. A "good payment history" means no payments 60 or more days past due within two years and no payments 30 or more days past due within one year of the cancellation date. "Original value" means the lesser of the contract sales price of the property or the appraised value of the property at the time the loan was closed.

**Automatic Termination of PMI:** Under the Homeowners Protection Act of 1998, if your loan closed **on or after** July 29, 1999 as a single-family primary residence and if you are current on your loan payments, PMI will automatically terminate on the date the principal balance of your loan is first *scheduled* to reach 78% of the original value of the property. If you are *not* current on your loan payments as of that date, PMI will automatically terminate when you thereafter become current on your payments. In any event, PMI will not be required on your mortgage loan beyond the date that is the midpoint of the amortization period for the loan if you are current on your payments on that date.

**If your loan closed before July 29, 1999 or if it is not a single-family primary residence or second home:** The conditions for cancelling mortgage

*** CONTINUED ON REVERSE SIDE ***

x

insurance for mortgages closed **before** July 29, 1999 are not statutory under federal law, they may be changed at any time (unless otherwise required by state law). To determine if you can cancel the PMI on your loan or for further information about PMI Cancellation, contact us at P.O. Box 77404, Ewing, NJ 08628 or call 866-913-2956.

## ACCOUNT HISTORY

This section is the actual activity that occurred between 02/21 through 04/21. It represents the period of time between the last analysis statement date and the last analysis effective date. Over this period, an additional $0.00 was deposited into your escrow account for interest on escrow.

| Month | Actual Escrow Payments | Actual Escrow Disbursements | Actual Escrow Description | Balance |
|---|---|---|---|---|
| | | | Beginning Balance | -$1,014.85 |
| MAR 2021 | 247.50 | 46.86 | PMI | -814.21 |
| APR 2021 | 82.50 | 46.86 | PMI | -778.57 |

The following statement of activity in your escrow account from 05/21 through 04/22 displays actual activity as it occurred in your escrow account during that period. Your monthly mortgage payment was $475.86 and $74.88 went into your escrow account. If you received Account Projections with a prior analysis, they are included again here for comparison.

| Month | Payments Projected | Payments Actual | Disbursements Projected | Disbursements Actual | Description | Projected Escrow Account Balance | Actual Escrow Account Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance | $195.00 | -$778.57 |
| MAY 2021 | 74.86 | 235.80 * | 46.86 | * | PMI | 223.00 | -542.77 |
| MAY 2021 | | | | 46.86 * | PMI | 223.00 | -589.63 |
| JUN 2021 | 74.86 | 157.20 * | 46.86 | * | PMI | 251.00 | -432.43 |
| JUN 2021 | | | | 46.86 * | PMI | 251.00 | -479.29 |
| JUL 2021 | 74.86 | * | 46.86 | * | PMI | 279.00 | -479.29 |
| JUL 2021 | | | 1.00 | * | R.E. TAX | 278.00 | -479.29 |
| JUL 2021 | | | | 46.86 * | PMI | 278.00 | -526.15 |
| AUG 2021 | 74.86 | 157.20 * | 46.86 | * | PMI | 306.00 | -368.95 |
| AUG 2021 | | | | 46.86 * | PMI | 306.00 | -415.81 |
| SEP 2021 | 74.86 | 78.60 * | 46.86 | * | PMI | 334.00 | -337.21 |
| SEP 2021 | | | | 46.86 * | PMI | 334.00 | -384.07 |
| OCT 2021 | 74.86 | 157.20 * | 46.86 | * | PMI | 362.00 | -226.87 |
| OCT 2021 | | | | 46.86 * | PMI | 362.00 | -273.73 |
| NOV 2021 | 74.86 | 157.20 * | 46.86 | * | PMI | 390.00 | -116.53 |
| NOV 2021 | | | 334.00 | 336.00 * | HAZARD INS | 56.00 | -452.53 |
| NOV 2021 | | | | 46.86 * | PMI | 56.00 | -499.39 |
| DEC 2021 | 74.86 | 149.76 * | 46.86 | * | PMI | 84.00 | -349.63 |
| DEC 2021 | | | | 46.86 * | PMI | 84.00 | -396.49 |
| JAN 2022 | 74.86 | 74.88 * | 46.86 | * | PMI | 112.00 | -321.61 |
| JAN 2022 | | | 1.00 | * | R.E. TAX | 111.00 | -321.61 |
| JAN 2022 | | | | 46.86 * | PMI | 111.00 | -368.47 |
| FEB 2022 | 74.86 | 524.16 E* | 46.86 | 46.86 E | PMI | 139.00 | 108.83 |
| MAR 2022 | 74.86 | 74.88 E* | 46.86 | 46.86 E | PMI | 167.00 | 136.85 |
| APR 2022 | 74.86 | 74.88 E* | 46.86 | 46.86 E | PMI | 195.00 | 164.87 |

An asterisk (*) beside an amount indicates a difference from projected activity either in the amount or the date. Please note since mortgage insurance is paid monthly on the annual renewal date of the premium and PMI is paid monthly for the prior month's premium, additional asterisks report in the Account History for these items, if applicable. The letter "E" beside an amount indicates that the payment or disbursement has not yet occurred, but is estimated to occur as shown.

Last year we anticipated that Disbursements would be made from your Escrow Account during the period equaling $898.32. Under Federal Law, your lowest monthly balance should not have exceeded $56.00, or 1/6th of total anticipated payments from the account, unless your loan contract or State law specifies a lower amount.

Under your loan contract and State law your lowest monthly balance should not have exceeded $56.00.

## ACCOUNT PROJECTIONS

The following estimate of activity in your escrow account from 05/22 through 04/23 is provided for your information. All payments we anticipate receiving as well as disbursements we anticipate making on your behalf are included, along with the Projected Escrow Account Balance, derived by carrying forward your current actual escrow balance. The Required Escrow Account Balance displays the amount actually required to be on hand as specified by Federal law, State law and your loan documents, and may include a cushion of up to 1/6th of your Annual Disbursements. Please retain this statement for comparison with the actual activity in your account at the end of the next escrow account computation year.

*** CONTINUED ON NEXT PAGE ***

## ** CONTINUATION **

| Month | Anticipated Amount To Escrow | Anticipated Amount From Escrow | Description | Projected Escrow Account Balance | Required Escrow Account Balance |
|---|---|---|---|---|---|
| | | | Beginning Balance | $164.87 | $196.14 |
| MAY 2022 | 75.03 | 46.86 | PMI | 193.04 | 224.31 |
| JUN 2022 | 75.03 | 46.86 | PMI | 221.21 | 252.48 |
| JUL 2022 | 75.03 | 46.86 | PMI | 249.38 | 280.65 |
| JUL 2022 | | 1.00 | R.E. TAX | 248.38 | 279.65 |
| AUG 2022 | 75.03 | 46.86 | PMI | 276.55 | 307.82 |
| SEP 2022 | 75.03 | 46.86 | PMI | 304.72 | 335.99 |
| OCT 2022 | 75.03 | 46.86 | PMI | 332.89 | 364.16 |
| NOV 2022 | 75.03 | 46.86 | PMI | 361.06 | 392.33 |
| NOV 2022 | | 336.00 | HAZARD INS | 25.06 | 56.33 |
| DEC 2022 | 75.03 | 46.86 | PMI | 53.23 | 84.50 |
| JAN 2023 | 75.03 | 46.86 | PMI | 81.40 | 112.67 |
| JAN 2023 | | 1.00 | R.E. TAX | 80.40 | 111.67 |
| FEB 2023 | 75.03 | 46.86 | PMI | 108.57 | 139.84 |
| MAR 2023 | 75.03 | 46.86 | PMI | 136.74 | 168.01 |
| APR 2023 | 75.03 | 46.86 | PMI | 164.91 | 196.18 |

**Your Projected Escrow Account Balance as of 04/30/22 is $164.87. Your Required Beginning Escrow Balance according to this analysis should be $196.14.**

This means you have a Shortage of $1.11. Per Federal law, the shortage may be collected from you over 12 months or more unless it is less than 1 month's deposit. If so, we may require payment within 30 days. We will collect the shortage over 12 months.

Once during this period, your Required Escrow Account Balance should be reduced to $56.33 as shown in November. This amount represents the cushion selected by us as allowed by your loan contract, Federal and State law.

## NEW LOAN PAYMENT

| Your new payment consists of: | Principal & Interest (P & I) | $400.98 |
|---|---|---|
| | Escrow Deposit | $75.03 |
| | Escrow Shortage Amount | $0.09 |
| **New Loan Payment** | **Beginning on May 1, 2022** | **$476.10** |

**Important Notes:**

**Automatic Draft Members:** If you're enrolled in Automatic Drafting, any additional principal deductions you have previously authorized are not included in the above listed new payment amount. However, until we are otherwise advised, the authorized additional principal amount will continue to be withdrawn from your account.

**Adjustable Rate Mortgage Members:** If your loan has an adjustable interest rate your monthly principal and interest payment may change prior to your next Escrow Analysis.

**Insurance Renewal/Changing Insurance Companies:** Upload proof of insurance coverage at www.MyCoverageInfo.com using PIN: CEN300.

TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED OR IS SUBJECT TO THE AUTOMATIC STAY IN A BANKRUPTCY PROCEEDING, THIS LOAN STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT INDEBTEDNESS AS YOUR PERSONAL OBLIGATION.

Should you have any questions about this Escrow Analysis, please call our Member Service Department at 866-913-2956.